**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95616**
   **Telephone:**    **530.759.0700**
   **Facsimile:**    **530.759.0800**
**Attorney for Defendant**
**DUANE ALLEN EDDINGS**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR S 09  0074 JAM |
|         Plaintiff, | |
| vs. | REQUEST FOR WAIVER OF PRESENCE |
| ROBERT C. BROWN and DUANE ALLEN EDDINGS, | |
|         Defendants. | |

     Defendant hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after hearing, except upon arraignment, plea, empanelment of jury and imposition of sentence.  Defendant hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in court ready for hearing any day and hour the court may fix in his absence.

     Defendant further acknowledges that he has been informed of his rights under Title 18

PDF created with pdfFactory trial version www.pdffactory.com

U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under the Act without defendant being present.

Dated:   May 7, 2009   _____
                       Defendant, DUANE ALLEN EDDINGS
                       820 Sea Spray Lane  # 112
                       Foster City, CA 94404


Approved: June 11, 2009   By:  /s/ Joseph J. Wiseman
                          JOSEPH J. WISEMAN
                          Attorney for Defendant
                          DUANE ALLEN EDDINGS


Dated:   June 11, 2009   Respectfully submitted,

                         JOSEPH J. WISEMAN, P.C.


                         By:  /s/ Joseph J. Wiseman
                          JOSEPH J. WISEMAN
                          Attorney for Defendant
                          DUANE ALLEN EDDINGS


Dated: June 12, 2009   I approve the above Request for Waiver of Presence.


                        /s/ John A. Mendez
                       JOHN A. MENDEZ
                       United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com