BENJAMIN B. WAGNER
United States Attorney
MATTHEW STEGMAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>DUANE ALLEN EDDINGS,<br><br>          Defendant. | CASE NO. CR S-09-074 JAM<br><br>STIPULATION AND PROTECTIVE ORDER RE: DISSEMINATION OF DISCOVERY DOCUMENTS CONTAINING NAMES AND PERSONAL IDENTIFYING INFORMATION |

Pursuant to Fed. R. Crim. P. 16(d), the undersigned parties stipulate and agree, and respectfully request that the Court order that:

1. All discovery provided from the government from this date forward to the defense attorney shall be subject to this protective order.

2. Certain of the documents contained in the government's discovery production contain names and personal identifying information of individuals (hereinafter, the "Protected Material").  Such personal identifying information may include, but is not limited to, names, addresses, telephone

1    numbers, driver's license numbers, social security numbers
2    and financial account numbers.  Any pages of discovery that
3    contain no personal identifying information are not subject
4    to this order.
5  3. The Protected Material is now and will forever remain the
6    property of the United States.  The Protected Material is
7    entrusted to defense counsel only for purposes of
8    representation in this case.
9  4. Counsel shall not give Protected Material or any copy of
10   Protected Material to any person other than counsel's
11   staff, investigator, or retained expert(s).  The terms
12   "staff," "investigator," and "expert" shall not be
13   construed to describe any defendant or other person not
14   either regularly employed by counsel or a licensed
15   investigator or expert hired in this case.
16 5. Any person receiving Protected Material or a copy of
17   Protected Material from counsel shall be bound by the same
18   obligations as counsel and further may not give the
19   Protected Material to anyone (except that the Protected
20   Material shall be returned to counsel).
21 6. The defendants in this case may review the Protected
22   Material and be aware of its contents, but shall not be
23   given control of the Protected Material or any copies
24   thereof.  Notwithstanding the foregoing, counsel are
25   permitted to provide each defendant with copies of
26   documents otherwise classifiable as Protected Material so
27   long as counsel completely redact _all_ personal identifying
28 ///

information from those documents prior to providing them to a defendant.

7. The foregoing notwithstanding, after the Trial Confirmation Hearing in this case, counsel, staff, and investigator may make copies of the Protected Material for trial preparation and presentation. Any copies must, however, remain in the possession of counsel, staff, investigator, expert or the Court.

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: November 30, 2010    By:    /s/ Matthew Stegman
                                  MATTHEW STEGMAN
                                  Assistant U.S. Attorney


DATE: November 30, 2010           /s/ Joseph J. Wiseman
                                  JOSEPH J. WISEMAN
                                  Attorney for DUANE ALLEN EDDINGS


**IT IS SO ORDERED:**

DATED: December 2, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE