JOSEPH J. WISEMAN, ESQ., CSBN 107403
JOSEPH J. WISEMAN, P.C.
   1477 Drew Avenue, Suite 106
   Davis, California 95618
   Telephone:    530.759.0700
   Facsimile:    530.759.0800

**Attorney for Defendant
DUANE ALLEN EDDINGS**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR S 09  0074 JAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | DATE: February 11, 2011 |
| DUANE ALLEN EDDINGS, | TIME:  9:30 a.m. |
| Defendant. | CTRM. Honorable John A. Mendez |

   It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Matthew C. Stegman, Assistant United States Attorney, defendant DUANE ALLEN EDDINGS, through his counsel of record, Joseph J. Wiseman, that the status conference scheduled for February 11, 2011, at 9:30 a.m., be rescheduled to March 1, 2011, 9:30 a.m.

   The parties further stipulate and agree that a continuance is appropriate in this case and request that the time beginning February 11, 2011 and extending through March 1, 2011, be ordered excluded from the calculation of time under the Speedy Trial Act.  The ends of justice will be served by the Court excluding such time, so that counsel for the Defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7).

PDF created with pdfFactory trial version www.pdffactory.com

Specifically, the defendant and his counsel of record need additional time to review a proposed plea agreement the government intends to provide to the defendant prior to the government superseding the present indictment.

The parties submit that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7).

Dated: January 27, 2011                    Respectfully submitted,

                                              JOSEPH J. WISEMAN, P. C.
By:     /s/ Joseph J. Wiseman
    JOSEPH J. WISEMAN
    Attorney for Defendant,
    DUANE ALLEN EDDINGS

Dated: January 27, 2011                    BENJAMIN B. WAGNER
                                           United States Attorney

                                              By:     /s/ Matthew C. Stegman
    MATTHEW C. STEGMAN, AUSA
    Attorney for Plaintiff
    UNITED STATES OF AMERICA

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the status hearing in the above-captioned case be continued to March 1, 2011, at 9:30 a.m. IT IS FURTHER ORDERED THAT the time from the date of this Order to March 1, 2011 be excluded pursuant to 18 U.S.C. §§ 3161(h)(7) (ends of justice are served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial) and Local Rule T4.

Dated:  February 2, 2011                    /s/ John A. Mendez
    HONORABLE JOHN A. MENDEZ
    UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com