1  **JOSEPH J. WISEMAN, ESQ., CSBN 107403**
2  **JOSEPH J. WISEMAN, P.C.**
    1477 Drew Avenue, Suite 106
3      Davis, California 95618
    Telephone:   530.759.0700
4      Facsimile:    530.759.0800

5  **Attorney for Defendant**
**DUANE ALLEN EDDINGS**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR S 09  0074 JAM |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| DUANE ALLEN EDDINGS, | DATE: March 1, 2011 |
| | TIME: 9:30 a.m. |
| Defendant. | CTRM. Honorable John A. Mendez |

    It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Matthew C. Stegman, Assistant United States Attorney, defendant DUANE ALLEN EDDINGS, through his counsel of record, Joseph J. Wiseman, that the status conference scheduled for March 1, 2011, at 9:30 a.m., be rescheduled to April 19, 2011, 9:30 a.m.

    The parties further stipulate and agree that a continuance is appropriate in this case and request that the time beginning March 1, 2011, and extending through April 19, 2011, be ordered excluded from the calculation of time under the Speedy Trial Act. The ends of justice will be served by the Court excluding such time, so that counsel for the Defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7).

PDF created with pdfFactory trial version www.pdffactory.com

1  **The defendant and his counsel of record need additional time to review and
2  consider additional information relating to the government's intent to supersede the
3  present indictment and charge the defendant with additional crimes. Specifically, the
4  government has provided defendant's counsel with additional discovery relating to the
5  defendant's activities, which the government alleges constitute bankruptcy fraud.
6  Defendant's counsel needs additional time to review this material with the defendant
7  before setting this case for trial.
8  The parties submit that the interests of justice served by granting this
9  continuance outweigh the best interests of the public and the defendant in a speedy
10  trial.  18 U.S.C. § 3161(h)(7).**

11  **Dated: February 28, 2011**          Respectfully submitted,

12                                         JOSEPH J. WISEMAN, P. C.
13                                         By:    /s/ Joseph J. Wiseman
                                              JOSEPH J. WISEMAN
14                                            Attorney for Defendant,
                                              DUANE ALLEN EDDINGS
15
16

17  **Dated: January 27, 2011**           BENJAMIN B. WAGNER
                                          United States Attorney
18
19                                         By:    /s/ Matthew C. Stegman
                                              MATTHEW C. STEGMAN, AUSA
20                                            Attorney for Plaintiff
                                              UNITED STATES OF AMERICA
21
22
23
24                                         **ORDER**

25  **GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the
26  status hearing in the above-captioned case be continued to April 19, 2011, at 9:30 a.m.
27  IT IS FURTHER ORDERED THAT the time from the date of this Order to April 19,
28  2011, be excluded pursuant to 18 U.S.C. §§ 3161(h)(7) (ends of justice are served by**

STIPULATION AND ORDER TO CONTINUE STATUS                                CR S 09-0074 JAM
CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com

1  **granting the continuance outweigh the best interest of the public and the defendant in a**
2  **speedy trial) and Local Rule T4.**
3
4  **Dated:   2/28/2011**                         /s/ John A. Mendez
                                                  **HONORABLE JOHN A. MENDEZ**
5                                                 **UNITED STATES DISTRICT JUDGE**

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE                                  CR S 09-0074 JAM

PDF created with pdfFactory trial version www.pdffactory.com