```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW STEGMAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  CASE NO. CR S-09-074 JAM
                                 )
12              Plaintiff,       )  STIPULATION AND ORDER TO
                                 )  CONTINUE STATUS CONFERENCE TO
13  v.                           )  MAY 10, 2011
                                 )
14  DUANE ALLEN EDDINGS,         )
                                 )
15              Defendant.       )
                                 )
16  _____)
17
```

18       It is hereby stipulated and agreed to between plaintiff, UNITED
19  STATES OF AMERICA, through its counsel of record, Matthew C. Stegman,
20  Assistant United States Attorney, and defendant DUANE ALLEN EDDINGS,
21  through his counsel of record, Joseph J. Wiseman, that the status
22  conference scheduled for April 26, 2011, at 9:30 a.m., be rescheduled
23  to May 10, 2011, at 9:30 a.m.
24       The parties further stipulate and agree that a continuance is
25  appropriate in this case and request that the time beginning April
26  26, 2011, and extending through May 10, 2011, be ordered excluded
27  from the calculation of time under the Speedy Trial Act.  The ends of
28  justice will be served by the Court excluding such time, so that the

1 attorneys may have reasonable time necessary for effective
2 preparation, taking into account the exercise of due diligence.  18
3 U.S.C. § 3161(h)(7).
4    The government has informed defense counsel that it is awaiting
5 approval from the Tax Division of the United States Department of
6 Justice before moving forward on criminal tax charges.  It is
7 expected that a superseding indictment charging additional crimes
8 such as tax evasion and bankruptcy fraud will be returned.  Defense
9 counsel will then need additional time to review and consider these
10 additional charges before setting this case for trial.
11    The parties submit that the interests of justice served by
12 granting this continuance outweigh the best interests of the public
13 and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7).

                                        Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney


DATE: April 20, 2011       By:   /s/ Matthew Stegman
                                 MATTHEW STEGMAN
                                 Assistant U.S. Attorney



DATE: April 20, 2011             /s/ Joseph J. Wiseman
                                 JOSEPH J. WISEMAN
                                 Attorney for DUANE ALLEN EDDINGS

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the status hearing in the above-captioned case be continued to May 10, 2011, at 9:30 a.m.  IT IS FURTHER ORDERED THAT the time from the date of this Order to May 10, 2011, be excluded pursuant to 18 U.S.C. §§ 3161(h)(7) (ends of justice are served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial) and Local Rule T4.

Dated: April 20, 2011

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE