BENJAMIN B. WAGNER
United States Attorney
MATTHEW STEGMAN
MICHAEL D. ANDERSON
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR S-09-074 JAM |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO MAY 24, 2011 |
| v. | ) | |
| DUANE ALLEN EDDINGS, | ) ) | |
| Defendant. | ) ) ) | |

It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Matthew C. Stegman and Michael D. Anderson, Assistant United States Attorneys, and defendant DUANE ALLEN EDDINGS, through his counsel of record, Joseph J. Wiseman, that the status conference scheduled for May 10, 2011, at 9:30 a.m., be rescheduled to May 24, 2011, at 9:30 a.m.

The parties further stipulate and agree that a continuance is appropriate in this case and request that the time from the date of this order and extending through May 24, 2011, be ordered excluded from the calculation of time under the Speedy Trial Act.  The ends of justice will be served by the Court excluding such time, so that the

1

attorneys may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7).

The government has informed defense counsel that it is awaiting approval from the Tax Division of the United States Department of Justice before moving forward on criminal tax charges. It is expected that a superseding indictment charging additional crimes such as tax evasion and bankruptcy fraud will be returned. Defense counsel will then need additional time to review and consider these additional charges before setting this case for trial.

The parties submit that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: May 4, 2011        By:   /s/ Matthew Stegman
                               MATTHEW STEGMAN
                               Assistant U.S. Attorney


DATE: May 4, 2011              /s/ Joseph J. Wiseman
                               JOSEPH J. WISEMAN
                               Attorney for DUANE ALLEN EDDINGS

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the status hearing in the above-captioned case be continued to May 24, 2011, at 9:30 a.m.  IT IS FURTHER ORDERED THAT the time from the date of this Order to May 24, 2011, be excluded pursuant to 18 U.S.C. §§ 3161(h)(7) (ends of justice are served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial) and Local Rule T4.

Dated: May 4, 2011

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE