BENJAMIN B. WAGNER
United States Attorney
MATTHEW C. STEGMAN
MICHAEL D. ANDERSON
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>DUANE ALLEN EDDINGS,<br><br>              Defendant. | CASE NO. 09-CR-0074 JAM<br><br>APPLICATION FOR ORDER FOR DISCLOSURE OF RETURNS AND RETURN INFORMATION TO DEFENDANT FOR PREPARATION FOR TRIAL AND ORDER |

The UNITED STATES OF AMERICA, under Title 26, United States Code, Section 6103, obtained tax returns and return information from the Internal Revenue Service through an Ex Parte Order from the Court relating to Duane Allen Eddings, Loretta C. Baldwin-Eddings, CDC Global Inc., Wise Investors Simply Excel, LLC, and Living in Faith Everyday, LLC.

The Court ordered that no disclosure be made to any other persons, other than applicants, in accordance with the provisions of 26 U.S.C. § 6103.

Since obtaining the returns and return information, a grand jury has returned an indictment in the above entitled case,

charging Mail Fraud, Wire Fraud, Money Laundering, and Tax Evasion. The obtained tax returns and return information are relevant for trial, and pursuant to Rule 16, must be discovered to the defendant. The government, therefore, is requesting an order from this Court to allow such disclosure, pursuant to 26 U.S.C. § 6103(i)(4), which authorizes a district court to order disclosure of returns and return information in judicial or administrative proceedings:

> (A) Returns and taxpayer return information
> Except as provided in subparagraph (C), any return or taxpayer return information obtained under paragraph (1) or (7)(C) may be disclosed in any judicial or administrative proceeding pertaining to enforcement of a specifically designated Federal criminal statute or related civil forfeiture (not involving tax administration) to which the United States or a Federal agency is a party...
>
> (ii) to the extent required by order of the court pursuant to section 3500 of title 18, United States Code, or rule 16 of the Federal Rules of Criminal Procedure.

Since the returns and return information obtained must be turned over to the defendant in discovery pursuant to Rule 16, the government requests the Court order disclosure of returns and return information obtained by the government in its investigation to defendant Duane Allen Eddings.

Dated: July 8, 2011                         Respectfully submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                      By:   /s/ Matthew Stegman
                                            MATTHEW STEGMAN
                                            Assistant U.S. Attorney

2

BENJAMIN B. WAGNER
Acting United States Attorney
MATTHEW C. STEGMAN
MICHAEL D. ANDERSON
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 09-CR-0074 JAM |
| ) Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| DUANE ALLEN EDDINGS, ) | |
| ) Defendant. ) | |
| ) | |

The Court has received and considered the Application of the United States for an order for disclosure of returns and return information to defendant for preparation for trial, pursuant to Title 26, United States Code, Section 6103(i), and finds that the returns and return information is to be used in a federal criminal trial, and discoverable to the defendant under the Federal Rules of Criminal Procedure, Rule 16.

IT IS, THEREFORE, ORDERED THAT:

(1) The United States may disclose such returns and return information it has in its possession of Duane Allen Eddings, Loretta C. Baldwin-Eddings, CDC Global Inc., Wise Investors

3

1  Simply Excel, LLC, and Living in Faith Everyday, LLC.
2       (2) The defendant shall use the returns and return
3  information disclosed solely in preparing the matter for trial
4  and at trial, and that no disclosure be made to any other person
5  except in accordance with the provisions of Title 26, United
6  States Code, Section 6103.
7  DATED: 7/11/2011

                                          /s/ John A. Mendez
                                          JOHN A. MENDEZ
                                          United States District Judge