FILED

NOV 4 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-CR-00074 JAM |
| Plaintiff, | RESPONSE TO NOTE #1 FROM JURY |
| v. | |
| DUANE ALLEN EDDINGS, | |
| Defendant. | |

With respect to the fourth element of these two mail fraud counts, you are determining whether:

1. the defendant used; or

2. the defendant caused to be used

the mails to carry out an essential part of the scheme.

Dated: November 3, 2011

_____
Honorable John A. Mendez

1