FILED

NOV 4 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
               DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:09-CR-00074 JAM |
| ) Plaintiff, ) | RESPONSE TO NOTE #2 FROM JURY |
| v. ) | |
| DUANE ALLEN EDDINGS, ) | |
| ) Defendant. ) | |

If you find that the government has proven beyond a reasonable doubt that at the time of the mailing:

1. the defendant was a member of the scheme to defraud; and
2. had an intent to defraud; and
3. the offense was one that the defendant could reasonably foresee as a necessary and natural consequence of the scheme to defraud;

then you must find that the defendant was responsible for the lulling letter mailed by Mr. Brown on or about August 30, 2006 which is the subject of Count 1.

If, however, you find that the government has not proven beyond a reasonable doubt all three of these elements, then you

must find that he was not responsible for the mailing that is the subject of Count 1.

Dated: November 3, 2011

_____
Honorable John A. Mendez