```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHAEL D. ANDERSON
    TODD A. PICKLES
 3  KEVIN C. KHASIGIAN
    Assistant U.S. Attorneys
 4  501 I Street, Suite 10-100
    Sacramento, CA 95814
 5  Telephone: (916)554-2700
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9           FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )  2:09-CR-00074-JAM
                                )
12           Plaintiff,         )  STIPULATION AND ORDER TO
                                )  CONTINUE STATUS CONFERENCE
13       v.                     )  REGARDING FORFEITURE
                                )
14  DUANE ALLEN EDDINGS         )
                                )
15           Defendant.         )
                                )
16                              )
17  _____)
18       IT IS HEREBY STIPULATED between the United States of America
19  through its undersigned counsel, Kevin C. Khasigian, Assistant
20  United States Attorney, and counsel for defendant Duane Allen
21  Eddings, Joseph J. Wiseman, that:
22       1.   The status conference regarding forfeiture currently
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///
```

set for January 10, 2012 at 9:30 a.m., with the Court's approval, be continued to February 7, 2012 at 9:30 a.m.

Dated: 1/5/12                           BENJAMIN B. WAGNER
                                        United States Attorney


                                   By:  /s/ Kevin C. Khasigian
                                        KEVIN C. KHASIGIAN
                                        Assistant U.S. Attorney


Dated: 1/5/12                           /s/ Joseph J. Wiseman
                                        JOSEPH J. WISEMAN
                                        Attorney for Defendant
                                        Duane Allen Eddings

                                        (Authorized by phone)


                                  ORDER

     IT IS SO ORDERED.

Dated: 1/6/2012
                                        /s/ John A. Mendez
                                        JOHN A. MENDEZ
                                        United States District Judge

                                  2     Stipulation and Order to
                                        Continue Status Conference