BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
TODD A. PICKLES
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-CR-00074-JAM |
| Plaintiff, | |
| v. | ORDER OF FORFEITURE |
| DUANE ALLEN EDDINGS, | |
| Defendant. | |

The Court hereby imposes a personal forfeiture money judgment against defendant Duane Allen Eddings in the amount of $2,199,274 pursuant to Fed. R. Crim. P. 32.2(b), 18 U.S.C. § 982(a)(1), 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c). Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Postal Inspection Service, in its secure custody and control.

IT IS SO ORDERED.

DATED: 4/5/2012                    /s/ John A. Mendez
                                    JOHN A. MENDEZ
                                    United States District Judge