1  **JOSEPH J. WISEMAN, ESQ., CSBN 107403**
   **WISEMAN LAW GROUP, P.C.**
2      1477 Drew Avenue, Suite 106
       Davis, California 95618
3      Telephone:   530.759.0700
       Facsimile:   530.759.0800
4

5  **Attorney for Defendant**
   **DUANE ALLEN EDDINGS**

6

7                   IN THE UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9                             SACRAMENTO DIVISION

10

11 | UNITED STATES OF AMERICA,        ) Case No. CR S 09 0074 JAM
                                      )
12 |              Plaintiff,           ) **STIPULATION AND ORDER TO**
                                      ) **EXTEND TIME TO FILE**
13 |     vs.                           ) **RESPONSES TO PRESENTENCE**
                                      ) **REPORT**
14 | DUANE ALLEN EDDINGS,              )
                                      )
15 |              Defendant.           )
                                      )
16 |_____)

17     It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF

18 AMERICA, through its counsel of record, Michael D. Anderson, Assistant United States

19 Attorney, and defendant, DUANE ALLEN EDDINGS, through his counsel of record,

20 Joseph J. Wiseman, that the parties' responses to the Presentence Report prepared in

21 this case shall be due April 12, 2011.

22     Specifically, the parties recently received the Presentence Report and need

23 additional time to prepare and file their respective formal Objections and Sentencing

24 Memorandums.

25 Dated: April 9, 2012                    Respectfully submitted,

26                                         WISEMANLAW GROUP, P. C.
27                                         By:    /s/ Joseph J. Wiseman
                                              JOSEPH J. WISEMAN
28                                            Attorney for Defendant,
                                              DUANE ALLEN EDDINGS

---

STIPULATION AND ORDER TO EXTEND TIME                               CR S 09-0074 JAM
TO FILE RESPONSES TO PRESENTENCE REPORT

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: April 9, 2012 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>By:   /s/ Michael Anderson<br>MICHAEL ANDERSON, AUSA<br>Attorney for Plaintiff<br>UNITED STATES OF AMERICA |

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the parties' Formal Objections and Sentencing Memorandums in response to the Presentence Report generated in this case shall be due on April 12, 2012.

| | |
|---|---|
| Dated: April 10, 2012 | /s/ John A. Mendez<br>HONORABLE JOHN A. MENDEZ<br>UNITED STATES DISTRICT JUDGE |

PDF created with pdfFactory trial version www.pdffactory.com