1  JOHN BALAZS, Bar #157287
   Attorney At Law
2  916 2nd Street, Suite F
   Sacramento, California 95814
3  Telephone: (916) 447-9299
   John@Balazslaw.com
4
   Attorney for Defendant
5  DUANE ALLEN EDDINGS

6

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        No. 2:09-CR-0074-JAM

12 |         Plaintiff,
                                      STIPULATION AND ORDER RE:
13 |    v.                            RESENTENCING HEARING

14 | DUANE ALLEN EDDINGS,
                                      SENTENCING:
15 |         Defendant.               Date: July 21, 2015
                                      Time: 9:15 a.m.
16                                    Hon. John A. Mendez

17

18

19      Defendant Duane Eddings, through counsel, and the United States, through its counsel,

20 hereby stipulate and request that the scheduled resentencing hearing for defendant Duane Eddings

21 on July 21, 2015, at 9:15 a.m. remain on the calendar but be converted to a status conference

22 regarding resentencing to discuss scheduling.

23      The reason for this request is that Mr. Eddings is still in prison and has not yet been

24 transported to Sacramento for the resentencing hearing.  Once Mr. Eddings arrives in

25 Sacramento, counsel needs time to review the revised presentence report and other materials with

26 him in order to file any objections and/or sentencing memorandum and to prepare for the

27

28

                                        1

resentencing hearing.

Respectfully submitted,

Dated: July 15, 2015

/s/ John Balazs
JOHN BALAZS

Attorney for Defendant
DUANE ALLEN EDDINGS


BENJAMIN B. WAGNER
U.S. Attorney

Dated: July 15, 2015

By:   /s/ Michael Anderson
MICHAEL ANDERSON
Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED.

Dated: July 16, 2015

/s/ John A. Mendez
Hon. John A. Mendez
U.S. District Court Judge