DAVID J. COHEN, ESQ.
California Bar No. 145748
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900

Attorneys for Defendant **Duane A. Eddings**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-09-0074-JAM-2 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER THEREON** |
| ) | |
| DUANE ALLEN EDDINGS, *ET. AL.*, ) | |
| ) | |
| Defendant. ) | |

**IT IS HEREBY STIPULATED** by and between the parties that the sentencing hearing, currently set for October 27, 2015 at 9:15 a.m., be changed to January 26, 2016 at 9:15 a.m. It is the intention of the parties that, barring good cause, this date will serve as a date certain for the sentencing hearing to take place, and no continuances are contemplated at this time.

The reason for the stipulation is as follows:

Mr. Eddings recently retained David J. Cohen, Esq., and Michael J. Pellegrini, Esq., of Bay Area Criminal Lawyers, PC, to represent him at his sentencing hearing in the place and stead of John Balazs, Esq., of the Law Office of John Balazs. Defense counsel requires a continuance of the sentencing hearing to acquire and review Mr. Eddings file, in order to effectively represent Mr.

Stipulation to Continue Sentencing Hearing and [Proposed] Order Thereon
*U.S. v. Eddings, et. al.;*
U.S.D.C. No. CR-09-0074-JAM-2           1

Eddings at the sentencing hearing.

                    Respectfully submitted,

**BAY AREA CRIMINAL LAWYERS, PC**

Dated: October 23, 2015      By: /s/David J. Cohen
                                    DAVID J. COHEN, ESQ.

                                    Attorneys for Defendant **Duane A. Eddings**


                                    BENJAMIN B. WAGNER, ESQ.
                                    United States Attorney

Dated: October 23, 2015      By: /S/MICHAEL D. ANDERSON
                                    Michael D. Anderson
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff


**IT IS SO ORDERED.**


Dated: 10/26/2015           /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE

Stipulation to Continue Sentencing Hearing and [Proposed] Order Thereon
*U.S. v. Eddings, et. al.;*
U.S.D.C. No. CR-09-0074-JAM-2        2