DAVID J. COHEN, ESQ.
California Bar No. 145748
MICHAEL J. PELLEGRINI, ESQ.
California Bar No. 285175
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900

Attorneys for Defendant **Duane A. Eddings**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DUANE ALLEN EDDINGS, ) <br> ) <br> Defendant. ) | Case No. CR-09-0074-JAM-2 <br><br> **[PROPOSED] ORDER** |

**GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED** that the transcript of the sealed proceeding on September 15, 2015 be unsealed for the limited purpose of review by Mr. Eddings' current counsel or record, David J. Cohen, Esq.

**IT IS SO ORDERED.**

Dated: 12-14-2015

THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

[Proposed] Order
*U.S. v. Eddings;*
Case No. CR-09-0074-JAM-2