| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-cr-00074 JAM AC P |
| Plaintiff/Respondent, | |
| v. | ORDER |
| DUANE ALLEN EDDINGS, | |
| Defendant/Petitioner. | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Duane A. Eddings has filed a pro se Petition for Writ of Mandamus, which has been docketed as a "request for court order terminating restitution deductions." ECF No. 294. The district judge has referred the matter to the undersigned. ECF No. 301. Notwithstanding the docket description, petitioner seeks not an order terminating restitution deductions, but an order compelling the Financial Litigation Unit of the United States Attorney's Office to provide him with a due process hearing under the Internal Revenue Code, 26 U.S.C. § 6320. ECF No. 294 at 1. The petition is supported by three exhibits: Exhibits A and B are attached to the petition itself (ECF No. 294 at 3-13), and Exhibit C is attached to petitioner's Motion for Expedited Consideration of the mandamus petition (ECF No. 299 at 3-5).

////

Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent shall, within 14 days of the date of this order, file a memorandum in opposition to the petition for writ of mandamus, ECF No. 294 (as supplemented by the exhibit at ECF No. 299); and

2. Petitioner may file a reply memorandum within 7 days thereafter.

DATED: June 6, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE