UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff/Respondent,<br><br>v.<br><br>DUANE ALLEN EDDINGS,<br><br>    Defendant/Petitioner. | No. 2:09-cr-0074 JAM AC P<br><br>ORDER |

Petitioner, a federal prisoner proceeding pro se, has filed a petition for writ of mandamus pursuant to 28 U.S.C. § 1361. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 18, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 308. Petitioner has filed objections to the findings and recommendations. ECF No. 309.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 18, 2019, are adopted in full;

2. Petitioner's Motion for Expedited Consideration, ECF No. 299, is GRANTED; and

3. The Petition for Writ of Mandamus, ECF No. 294, is DENIED for lack of jurisdiction and, in the alternative, for failure to state a claim.

DATED: October 7, 2019

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE