KAREN L. LANDAU, ESQ., C.S.B. 128728
Attorney at Law
2626 Harrison St.
Oakland, California 94612
(510) 839-9230 (telephone)

Email: karenlandau@karenlandau.com

Attorney for Defendant Duane Allen Eddings

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>DUANE ALLEN EDDINGS,<br><br>    Defendant. | ORDER<br><br>09-CR-00074-02-JAM |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Karen L. Landau is appointed under the Criminal Justice Act to represent defendant Duane Allen Eddings in connection with the preparation and presentation of a motion for reduction in sentence pursuant to the First Step Act and 18 U.S.C. § 3582, nunc pro tunc May 8, 2020.

/s/ John A. Mendez_____
JOHN A. MENDEZ
United States District Court Judge

-1-