McGREGOR W. SCOTT
United States Attorney
MIRIAM R. HINMAN
MICHAEL D. ANDERSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:09-CR-00074 JAM |
|---|---|
| Plaintiff, | ORDER FOR LIMITED UNSEALING OF DOCUMENTS AS SET FORTH IN GOVERNMENT'S MOTION |
| v. | |
| DUANE ALLEN EDDINGS, | |
| Defendant. | |

Pursuant to Local Rule 141(b) and based upon the representations contained in the government's motion, IT IS HEREBY ORDERED that access to the government's 299-page Exhibit 13 to the United States' Opposition to Defendant's Motion for Compassionate Release, pertaining to defendant Duane Allen Eddings, and government's Request to Seal shall be extended to defense counsel. The documents shall otherwise remain UNDER SEAL, as stated in the Court's order at ECF No. 330.

Dated:  5/12/2020           /s/ John A. Mendez
                            THE HONORABLE JOHN A. MENDEZ
                            UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER FOR LIMITED UNSEALING               1