MCGREGOR W. SCOTT
United States Attorney
MIRIAM R. HINMAN
MICHAEL D. ANDERSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:09-CR-00074 JAM |
| Plaintiff, | ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |
| v. | |
| DUANE ALLEN EDDINGS, | |
| Defendant. | |

Pursuant to Local Rule 141(b) and based upon the representations contained in the government's Request to Seal, IT IS HEREBY ORDERED that the government's 35-page Exhibit B to the United States' Response to the Court's Order at ECF No. 337 for Documents Regarding Compassionate Release, pertaining to defendant Duane Allen Eddings, and government's Request to Seal shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the government and counsel for the defendant.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in the government's request, sealing the government's exhibit serves a compelling interest.  The Court further finds that, in the absence of closure, the compelling interests identified by the government would

1  be harmed.  In light of the public filing of the notice of request to seal, the Court further finds that there

2  are no additional alternatives to sealing the government's exhibit that would adequately protect the

3  compelling interests identified by the government.

4

5  Dated:  5/22/2020                              /s/ John A. Mendez

6                                              THE HONORABLE JOHN A. MENDEZ
                                               UNITED STATES DISTRICT COURT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28